# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1368
LT Case No. 2019-CF-024616-A

_____

TERENCE WILLIAM LAAKSO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
John D. Watson, Judge.

Kepler B. Funk, Keith F. Szachacz, and Alan S. Diamond, of
Funk, Szachacz & Diamond, LLC, Melbourne, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.


July 30, 2024


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., and SOUD and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____